**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Johnathan LANE, Petitioner**

No. 401 EAL 2016

Supreme Court of Pennsylvania.

January 19, 2017

## ORDER

PER CURIAM

**AND NOW,** this 19th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Shawn M. JONES–BING, Petitioner**

No. 397 EAL 2016

Supreme Court of Pennsylvania.

January 19, 2017

## ORDER

PER CURIAM

**AND NOW,** this 19th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

**GET BUSY LIVING SOLUTIONS, LLC; and Philadelphia Showcase Lounge, LLC, Petitioners**

v.

**MAIN LINE INSURANCE OFFICE, INC.; Christopher Oidtman; Landmark American Insurance Company and USG Insurance Services, Inc. f/k/a USG Insurance Services of Pennsylvania, Inc., Respondents**

No. 395 EAL 2016

Supreme Court of Pennsylvania.

January 19, 2017

## ORDER

PER CURIAM

**AND NOW,** this 19th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.